JAMES W. THOMAS *v.* ILEEN D. THOMAS
(11948)

FOTI, FREEDMAN and SPEAR, Js.

Argued January 7—decision released February 1, 1994

*Leslie Byelas,* for the appellant (plaintiff).

*Herman H. Tarnow* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.